**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

**MOHAMUD ABDI YUSUF**                          **CASE NO.  6:21-CV-02210 SEC P**

**VERSUS**                                      **JUDGE ROBERT R. SUMMERHAYS**

**MERRIK B. GARLAND, ET AL**                    **MAGISTRATE JUDGE WHITEHURST**

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the Motion to Dismiss Pursuant To Federal Rule 12(b)(1) filed by the Government [Rec. Doc. 12], be **GRANTED**, the Petition for Writ of Habeas Corpus be **DISMISSED** without prejudice and that this proceeding be terminated.

**THUS DONE AND SIGNED,** in chambers, in Lafayette, Louisiana, on this 3rd day of March, 2022.

_____
**ROBERT R. SUMMERHAYS**
**UNITED STATES DISTRICT JUDGE**